356 A.2d 362
**COMMONWEALTH of Pennsylvania**
**v.**
**Donald K. EPLER, Appellant.**

Supreme Court of Pennsylvania.
Argued Jan. 13, 1976.
Decided May 12, 1976.

Baskin, Mendelsohn & Leisawitz, Alan I. Baskin, Reading, for appellant.

Paul S. Roeder, Harrisburg, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## OPINION

PER CURIAM.

Order affirmed.